**Order entered February 19, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01207-CV

**LORENA GOMEZ DE GONZALEZ BARRERA A/K/A LORENA TASSINARI GONZALEZ BARRERA, Appellant**

**V.**

**EDUARDO LIVAS-CANTU, JUAN ANTONIO QUIROGA-GARCIA, JUAN GONZALEZ MORENO, GRUPO FINANCIERO BANORTE SAB DE CV, DOING BUSINESS AS INTER NATIONAL BANK IN THE STATE OF TEXAS., Appellees**

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-15-02808-1**

## ORDER

Before the Court is appellant's February 14, 2020 motion for a fourteen-day extension of time to file her brief. We **GRANT** the motion. Appellant's brief shall be filed by **March 2, 2020**.

/s/     ERIN A. NOWELL
JUSTICE